# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com
E-mail: apaparella@liddlerobinson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 16 2013

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

SHERRY M. SHORE
MATTHEW J. MCDONALD
GEOFFREY R. BOWSER
JENNIFER RODRIGUEZ
SAMANTHA L. PLESSER
J.R. ROTHSTEIN
ROBERT L. ADLER

October 16, 2013

SO ORDERED: 10/16/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**By ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: Aulistar Mark, et al. v. Gawker Media LLC, and Nick Denton;
No. 13 Civ. 04347 (AJN) (SN)

Dear Judge Nathan:

We represent Plaintiffs. The Joint Initial Report, dated August 30, 2013, and so ordered on September 6, 2013, provides that Plaintiffs "intend to move for conditional certification by October 21, 2013."

To the extent Plaintiffs' stated intention in the Joint Initial Report of moving for conditional certification by October 21, 2013 is a deadline, Plaintiffs request that deadline be extended to November 12, 2013; this is the first request to do so; and extending the deadline affects no other scheduled dates. Defendants consent.

So ordered.

Respectfully submitted,

Andrea M. Paparella

cc: Marc W. Batten, Esq. (by e-mail / mbatten@proskauer.com)