UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AULISTAR MARK, HANCHEN LU and
ANDREW HUDSON, Individually and on Behalf of
All Others Similarly Situated,

                        Plaintiffs,      Civil Action No. 1:13-cv-04347-AJN

    -against-

GAWKER MEDIA LLC, and NICK DENTON,

                        Defendants.
------------------------------------------------------------- X

### AFFIDAVIT OF SCOTT KIDDER

SCOTT KIDDER declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am of legal age and am competent to make this Declaration on behalf of Gawker Media, LLC ("Gawker"). Gawker is a digital publisher which publishes eight websites: Deadspin.com, Gawker.com, Gizmodo.com, Jezebel.com, io9.com, Kotaku.com, Jalopnik.com, and Lifehacker.com.

2. I have personal knowledge of the facts sets forth in this Declaration, or I have learned said facts to speak on behalf of Gawker.

3. I had a corporate internship at Gawker while I was in college at New York University and was hired full-time as the Manager of Finance and Business Development in January 2005. I was promoted to Director of Editorial Operations in December 2009, and then to my current position, Vice President of Operations, in 2012.

4. Gawker has never conducted an internship program and has never recruited interns in any formalized or systematic way. Each site and each non-editorial department at Gawker had autonomy to decide whether it wanted interns, how many,

how to search for interns, how extensively the interns were trained, when and for how long the interns would work. My recollection is that each site or department typically allowed zero to four interns at a time, but there were no minimums or limitations imposed on any department or site. Since 2007, there were interns at some of the individual websites, with our community moderation group, and departments such as legal and technology. Interns worked as little as a few hours a week, and as much as eight hour days five days per week, as determined by their individual supervisors in discussions with the interns about how much time they wanted to spend.

5. Each site or department at Gawker chose whether to pay its interns, how much to pay them, and how to structure the payments out of their own budgets. Some interns were unpaid, some were paid small amounts at irregular intervals from their supervisors, and some were paid stipends on a monthly basis.

6. When Gawker.TV was launched in 2009, its editor Richard Blakeley made the independent decision to allow somewhere between 8 and 12 interns to join the site at a time, he worked with me and Gawker's in-house counsel to review the decision. With the help of in-house counsel, Gawker created an acknowledgement form that all Gawker.TV interns were required to sign, affirming that they understood that they were unpaid, and that there was no promise of employment at Gawker at the end of their internship. Gawker.TV interns typically worked two days per week for approximately eight-hour days, for three to four months, though their schedules varied according to the interns' needs.

7. Many former Gawker interns, including myself, later become full-time Gawker employees because their internship experiences provided them with knowledge and skills that were attractive to us when seeking entry-level employees. For example,

former intern Matt Hardigree is the Editor-In-Chief ("EIC") of Jalopnik, Whitson Gordon is the EIC of Lifehacker, Rose Annis is the Product Strategist of Studio@Gawker, and Robert Gonzalez is a reporter for the Gawker site io9.com. Some interns used the experience to make contacts not only at Gawker, but also to network in the industry in order to subsequently find highly-desirable jobs. For instance, former intern Anna North is the Culture Editor at *Salon* magazine, Blake Rong is the West Coast Associate Editor of *Autoweek* magazine, Chris Mascari is the General Manager at The Wirecutter, Eric Tingwall is a Technical Editor at *Car and Driver* magazine, Mary Pilon is a reporter for the *New York Times*, Matt Buchanan is a writer for *The New Yorker*.

8. I believe, as evidenced by where our former interns now are employed, our internships offer tremendous value for those who took advantage of the opportunity given to them. Additionally, the interns received hands-on training, learned skills in various facets of the digital publishing industry, and made important contacts in the field.

9. Gawker has not offered any unpaid internships since December 2012.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this  10  day of January, 2014 in  New York, NY .

_____
SCOTT KIDDER