**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
**AULISTAR MARK, HANCHEN LU and** :
**ANDREW HUDSON, Individually and on Behalf of** :
**All Others Similarly Situated,** :
:
                    **Plaintiffs,** : Civil Action No. 1:13-cv-04347-AJN
    -against- :
:
**GAWKER MEDIA LLC, and NICK DENTON,** :
:
                    **Defendants.** :
------------------------------------------------------------------ X

### AFFIDAVIT OF MATTHEW HARDIGREE

MATTHEW HARDIGREE declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am of legal age and am competent to make this Declaration. I have personal knowledge of the facts sets forth in this Declaration, or I have learned said facts to speak on behalf of Gawker Media, LLC.

2.    I am currently the Editor-in-Chief ("EIC") of Jalopnik, Gawker Media, LLC's ("Gawker's") website on the car industry. I started as an intern in March 2007. I was subsequently hired as a part-time writer, a full-time Associate Editor, News Editor, Senior Editor, and finally I took over Jalopnik from Ray Wert, the former EIC, in June 2012.

3.    I interned for Jalopnik at the Chicago Auto Show in March 2007. It was a three day, unpaid internship. Then, I was brought on as a part-time writer for Jalopnik. Later in that year I was hired as a full-time writer.

4.    I supervised Jalopnik interns both directly and indirectly for two or three years. Since 2007, we had no more than two interns at any given time. The supervision

of the interns was not uniform. Some were in New York and were managed by the editors there. Others interned remotely and would report to Ray or me. Two former interns who were in Texas reported to me as well. We tried to have most interns in the office or at least in the same location as an editor so they could meet in person.

5. To find interns, we would publish a post on Jalopnik.com asking people to apply to be an intern and to send in a resume. After reviewing the resumes, we would email candidates to offer a position. Most interns were in college or just out of college. Some of the interns received college credit for the internship.

6. It was fairly common to hire former interns as full-time employees since we drew employees heavily from the intern pool. For example, we had interns who later became a paid contributors or editorial assistants for Jalopnik. We did not guarantee interns that they would be offered a job after their internships.

7. Interns were not paid. If an intern started doing more substantive work, we hired them as part-time contributors and paid them. For example, Raphael Orlove started as an intern. Eventually, we hired Raphael part-time, then full-time, and he is still working at Jalopnik today. If an intern wrote a post, they would they get a byline.

8. The internships varied in duration, but none were more than a year. The maximum was typically about six months, and after six months, we usually either ended the internship or hired them as employees.

9. The number of hours interns spent at the internship varied a lot as well. Most interned for only five to fifteen hours per week. We tried not to have interns with us less than five hours per week, since it is hard for the interns to derive a significant benefit out of the position if they are only putting in five hours per week.

10. The training for Jalopnik interns usually occurred one-on-one. For many of the interns, it was their first writing position so they had no or minimal experience working at an online publication. Consequently, we would train them in the basics, such as principles of writing and how publication on the internet works. For interns with more experience, the training was more focused on how to find interesting stories, improve writing, and understand what goes into a successful Jalopnik post. In general, interns required more time and training in basic skills than employees. Employees had an understanding of how to pitch and draft posts and how to promote them on the internet, but interns required more intensive training in those areas.

11. The interns were assigned a variety of tasks. Most interns would research articles and collaborate with the editors, who in turn would write posts. They also assisted in searching for graphics or images and some would pitch and draft articles. We tried to specifically set aside projects for interns, such as scanning the comments for good responses for our Answers of the Day post and working on Freedom of Information Requests.

12. In general, the policy was that interns were not to publish directly to the site without some form of supervision. The type of review the editors carried out varied a little by editor, but in general we would comment on what should go in the intern's article, what should be left out, and how to better edit the piece. I always made sure to give them detailed feedback on their articles so they would go back and fix the piece themselves. I believe that if you simply fix the problems in the article for them, they will not learn about the editing process. Some interns writing required quite a bit of editing.

13. The internships ended in a variety of ways, depending on the intern. Some interns in college stayed through the last semester of their senior year and then found jobs elsewhere. Other interns were recruited at Gawker when they were done with school. Some only took the internship for one semester of school and left at the end of that semester.

14. I think Jalopnik interns benefited enormously from the internship. Almost all Jalopnik interns went on to have careers in the auto industry. If someone served as a Jalopnik intern and did not get hired at Gawker, they would still leave us knowing more than 80% of the other people in the industry. There are a lot of people out in the market with fluff internships and jobs on their resume, but an internship with Jalopnik is very desirable on a resume. The interns learned specifics about how publication on the internet is unique. This includes how to market stories and how to post to social media in the most effective manner. Even a former employee who came to us with a master's degree in journalism was able to learn so much more about internet publication at Jalopnik that he subsequently went on to work at the New York Times. I also know that one former Jalopnik intern is now the west coast editor for another major auto site. Almost every former Jalopnik intern has had a great career in the automotive world.

I declare under the penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2014 in New York.

MATTHEW HARDIGREE