# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

Email: apaparella@liddlerobinson.com

SHERRY M. SHORE
MATTHEW J. MCDONALD
GEOFFREY R. BOWSER
JENNIFER RODRIGUEZ
J.R. ROTHSTEIN
ROBERT L. ADLER
KRISTA E. BOLLES*
CAITLIN D. BROWN*
CARA B. CHOMSKI**

*AWAITING ADMISSION
**ADMITTED IN ILLINOIS ONLY

May 23, 2014

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   Mark, et al. v. Gawker Media LLC, et al.; No. 13 Civ. 04347 (AJN) (SN)

Dear Judge Nathan:

We represent Plaintiffs. Plaintiffs respectfully request that their deadline to respond to Defendants' sur-reply in opposition to Plaintiffs' motion for conditional certification be extended from May 26, 2014 to May 27, 2014.

On Wednesday, May 14, 2014, the Court granted Defendants permission to file a sur-reply and set Wednesday, May 21, 2014 as Defendants' deadline. The Court set Monday, May 26, 2014, as Plaintiffs' deadline to respond. Plaintiffs seek an extension to May 27, because May 26 is Memorial Day.

This is Plaintiffs' first request to extend the deadline to respond to Defendants' sur-reply. Defendants consent.

Respectfully submitted,

Andrea M. Paparella

cc: Mark W. Batten, Esq. (via ECF)