USDC SD[NY]
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Aulistar Mark, et al.,

                Plaintiffs,

-against-

Gawker Media LLC and Nick Denton,
                Defendants.
-----------------------------------------------------------X

13 CIVIL 4347 (AJN)

**JUDGMENT**

    Plaintiffs having moved for partial summary judgment and certification of a class of unpaid former Gawker interns; Defendants also having moved for summary judgment, and the motions having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on March 29, 2016, having rendered its Memorandum and Order granting denying Plaintiffs' motion for partial summary judgment and motion for class certification, granting Defendants' motion for summary judgment, and instructing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 29, 2016, Plaintiffs' motion for partial summary judgment and motion for class certification is denied; Defendants' motion for summary judgment is granted and the case is closed.

**Dated:** New York, New York
        March 30, 2016

                                        RUBY J. KRAJICK
                                            Clerk of Court
                              BY:
                                            Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____